Van Rensselaer Halsey et al., Individually and as Copartners under the Firm Name of C. D. Halsey & Co., Respondents, *v.* Clinton D. Winant, Defendant, and W. A. Harriman & Company, Inc., Appellant.

(Submitted March 29, 1932; decided March 31, 1932.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 512; 259 N. Y. 562.)

Jacob J. Kirshenbaum, Respondent, *v.* General Outdoor Advertising Company, Inc., Appellant, and Elizabeth W. Chapman, Appellant and Respondent.

(Submitted March 28, 1932; decided March 31, 1932.)

Motion for reargument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 489.)

John A. Stirnweis, Respondent, *v.* Charles Caccioppo, Appellant.

(Submitted March 28, 1932; decided March 31, 1932.)

Motion for a reconsideration and reargument of the motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 68, 632.)

Thomas J. Smith, Respondent, *v.* Richard E. Weldon et al., Appellants.

(Submitted March 28, 1932; decided March 31, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 257 N. Y. 619.)